UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Matthew A. Gutierrez

          Plaintiff,

v.

Case No.: 1:15−cv−05121

Honorable Manish S. Shah

Raise MarketPlace, Inc., f/k/a Coupon Trade, Inc., d/b/a CouponTrade.com and Raise.com, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2015:

      MINUTE entry before the Honorable Manish S. Shah: The joint motion to approve settlement and dismiss case without prejudice [12] is granted, and no appearance is necessary. The court has reviewed the proposed confidential settlement agreement in camera and finds that it is a fair, just, and reasonable settlement of a bona fide dispute over payment for overtime under the FLSA. The settlement compromises plaintiff's claim, but does so in a manner that fairly accounts for the risks of litigation. The case is dismissed without prejudice with leave to reinstate by 1/4/16. If no motion to reinstate is filed by 1/4/16, this dismissal will automatically convert to a dismissal with prejudice. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.